IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE COUNTY OF CUYAHOGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-2482 |
| | ) | |
| PURDUE PHARMA L.P.; PURDUE PHARMA INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.; ENDO PHARMACEUTICALS INC.; ALLERGAN PLC F/K/A ACTAVIS PLC; ACTAVIS, INC. F/K/A WATSON PHARMACEUTICALS, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC. F/K/A WATSON PHARMA, INC.; ENDO HEALTH SOLUTIONS INC.; INSYS THERAPEUTICS, INC.; MCKESSON CORPORATION; CARDINAL HEALTH, INC.; AMERISOURCEBERGEN CORPORATION; RUSSELL PORTENOY; PERRY FINE; SCOTT FISHMAN; and LYNN WEBSTER, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge Dan Aaron Polster<br><br>**MANUFACTURER DEFENDANTS' UNOPPOSED JOINT MOTION TO STAY THE DATE BY WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT AND FOR AN EXTENSION OF TIME PENDING FINAL DETERMINATION OF REMOVAL** |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 6, the Manufacturer Defendants[1] ("Defendants") jointly and with the consent of Plaintiff County of Cuyahoga, move for an Order

---

[1] The Manufacturer Defendants are Endo Pharmaceuticals Inc.; Endo Health Solutions Inc.; Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Company, Inc.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Allergan plc f/k/a Actavis plc; Actavis,

to stay the date by which they are required to respond to Plaintiff's Complaint until 60 days following the final determination of removal. Final determination of removal shall occur on either December 27, 2017, if Plaintiff does not file a Motion to Remand, or upon the issuance of an order resolving Plaintiff's Motion to Remand. The reasons in support are in the attached Memorandum.

DATED: December 4, 2017

/s/ Andrea B. Daloia
John R. Mitchell (#0066759)
Stacey A. Greenwell (#0077909)
Andrea B. Daloia (#0074106)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Telephone: 216-556-5500
Facsimile: 216-556-5800
John.Mitchell@ThompsonHine.com
Stacey.Greenwell@ThompsonHine.com
Andrea.Daloia@ThompsonHine.com

Donna Welch, P.C.*
Martin L. Roth*
Timothy Knapp*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2000
donna.welch@kirkland.com
martin.roth@kirkland.com
timothy.knapp@kirkland.com

---

Inc. f/k/a Watson Pharmaceuticals, Inc. n/k/a Allergan Finance, LLC; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; and Insys Therapeutics, Inc. Allergan plc f/k/a Actavis plc was named as a defendant but has not been properly served and expressly reserves all defenses to improper service and personal jurisdiction.

Jennifer G. Levy, P.C.*
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
(202) 879-5000
jennifer.levy@kirkland.com
*denotes national counsel who will seek pro hac vice admission*
Attorneys for Defendants
ALLERGAN PLC (F/K/A ACTAVIS PLC) AND ACTAVIS, INC. (N/K/A ALLERGAN FINANCE, LLC F/K/A WATSON PHARMACEUTICALS, INC.)

 /s/ Daniel J. Buckley
Daniel J. Buckley (3772)
VORYS, SATER, SEYMOUR and PEASE LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, OH 45202
(513) 723-4002
djbuckley@vorys.com

Patrick J. Fitzgerald*
R. Ryan Stoll*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
(212) 735-3000
patrick.fitzgerald@skadden.com
ryan.stoll@skadden.com

-and-

155 North Wacker Drive
Chicago, IL 60606
(312) 407-0700

*denotes national counsel who will seek pro hac vice admission*
Attorneys for Defendants
PURDUE PHARMA L.P., PURDUE PHARMA INC., and THE PURDUE FREDERICK COMPANY, INC.

/s/ Carole S. Rendon
Carole S. Rendon (0070345)
Tera N. Coleman (0090544)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
(216) 696-0740
crendon@bakerlaw.com
tcoleman@bakerlaw.com

Ingo W. Sprie, Jr.*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
Ingo.Sprie@apks.com

Sean Morris*
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa Street
44th Floor
Los Angeles, CA 90017
(213) 243-4000
Sean.Morris@apks.com

*denotes national counsel who will seek pro hac vice admission*
Attorneys for Defendants
ENDO HEALTH SOLUTIONS INC. and ENDO PHARMACEUTICALS INC.

/s/ Wendy West Feinstein
Wendy West Feinstein (0064973)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA 15219-6401
(412) 560-7455
wendy.feinstein@morganlewis.com

Tinos Diamantatos*
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601-5094
(312) 324-1145
tdiamantatos@morganlewis.com

Steven A. Reed*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000
steven.reed@morganlewis.com

Brian M. Ercole*
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL  33131-2339
brian.ercole@morganlewis.com

*denotes national counsel who will seek pro hac vice admission*
Attorneys for Defendants
TEVA PHARMACEUTICALS USA, INC., CEPHALON, INC., WATSON LABORATORIES, INC., ACTAVIS LLC, and ACTAVIS PHARMA, INC. F/K/A WATSON PHARMA, INC.
(Appearance by local counsel pending)

 /s/ Charles C. Lifland
Charles C. Lifland*
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000
clifland@omm.com

*\* denotes national counsel who will seek pro hac vice admission*
Attorneys for Defendants
JOHNSON & JOHNSON, JANSSEN PHARMACEUTICALS, INC., ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC., and JANSSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, Inc.
(Appearance by local counsel pending)


 /s/ J. Matthew Donohue
J. Matthew Donohue* (Trial Attorney)
Joseph L. Franco*
HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300
Facsimile: 503.241.8014
matt.donohue@hklaw.com
joe.franco@hklaw.com

*\* denotes national counsel who will seek pro hac vice admission*
Attorneys for Defendant INSYS THERAPEUTICS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| THE COUNTY OF CUYAHOGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-2482 |
| | ) | |
| PURDUE PHARMA L.P.; PURDUE PHARMA INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.; ENDO PHARMACEUTICALS INC.; ALLERGAN PLC F/K/A ACTAVIS PLC; ACTAVIS, INC. F/K/A WATSON PHARMACEUTICALS, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC. F/K/A WATSON PHARMA, INC.; ENDO HEALTH SOLUTIONS INC.; INSYS THERAPEUTICS, INC.; MCKESSON CORPORATION; CARDINAL HEALTH, INC.; AMERISOURCEBERGEN CORPORATION; RUSSELL PORTENOY; PERRY FINE; SCOTT FISHMAN; and LYNN WEBSTER, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge Dan Aaron Polster<br><br>**MEMORANDUM IN SUPPORT OF MANUFACTURER DEFENDANTS' UNOPPOSED JOINT MOTION TO STAY THE DATE BY WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT AND FOR AN EXTENSION OF TIME PENDING FINAL DETERMINATION OF REMOVAL** |
| Defendants. | ) | |

## I. Introduction and Facts

Defendants jointly ask this Court to stay the date by which to respond to Plaintiff's Complaint and for an extension of time pending a final determination of removal. Plaintiff does not oppose this Motion.

This lawsuit is one of more than 150 federal actions pending nationwide in which plaintiffs assert claims against pharmaceutical manufacturers, distributors, and/or physicians relating to the sale, marketing, and distribution of FDA-approved prescription opioid medications.

On November 27, 2017, Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc. filed a Notice of Removal on the basis of the existence of complete diversity between Plaintiff and all properly joined Defendants, and satisfaction of all other requirements for removal. Plaintiff has until December 27, 2017 to move to remand the case to state court.

Because the issue of the appropriate forum for this case has not been finally resolved, Defendants request that this Court stay the date that Manufacturer Defendants are required to respond to the Complaint until sixty days after removal is finally determined. Plaintiff does not oppose this Motion.

It is in the best interest of the parties and in the interest of judicial efficiency to avoid the possibility of litigating the same issues in two different courts. If Manufacturer Defendants are required to respond to the Complaint before a final determination of removal is made, they risk having to respond in this Court and again in state court. Similarly, Plaintiff could be required to respond to pleadings first in federal court and again in state court. Litigating these issues in both forums would be costly to all parties, as well as an inefficient use of judicial resources. The Court's inherent power includes the "power to stay proceedings based on its authority to manage its docket efficiently." *Snap-On Bus. Sols., Inc. v. Hyundai Motor Am.*, No. 5:07-cv-1961, 2009WL 1373150, *1 (N.D. Ohio May 15, 2009) (*citing Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). For these reasons, Manufacturer Defendants request an Order staying the date that they

are required to respond to the Complaint until 60 days after the issue of removal is finally determined. Final determination of removal shall occur on either December 27, 2017, if Plaintiff does not file a Motion to Remand, or upon the issuance of an order resolving Plaintiff's Motion to Remand. A Proposed Order is attached.

DATED: December 4, 2017

/s/ Andrea B. Daloia
John R. Mitchell (#0066759)
Stacey A. Greenwell (#0077909)
Andrea B. Daloia (#0074106)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Telephone: 216-556-5500
Facsimile: 216-556-5800
John.Mitchell@ThompsonHine.com
Stacey.Greenwell@ThompsonHine.com
Andrea.Daloia@ThompsonHine.com

Donna Welch, P.C.*
Martin L. Roth*
Timothy Knapp*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2000
donna.welch@kirkland.com
martin.roth@kirkland.com
timothy.knapp@kirkland.com

Jennifer G. Levy, P.C.*
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
(202) 879-5000
jennifer.levy@kirkland.com
*denotes national counsel who will seek pro hac vice admission*
Attorneys for Defendants
ALLERGAN PLC (F/K/A ACTAVIS PLC) AND ACTAVIS, INC. (N/K/A ALLERGAN FINANCE, LLC F/K/A WATSON PHARMACEUTICALS, INC.)

/s/ Daniel J. Buckley
Daniel J. Buckley (3772)
VORYS, SATER, SEYMOUR and PEASE LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, OH 45202
(513) 723-4002
djbuckley@vorys.com

Patrick J. Fitzgerald*
R. Ryan Stoll*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
(212) 735-3000
patrick.fitzgerald@skadden.com
ryan.stoll@skadden.com

-and-

155 North Wacker Drive
Chicago, IL 60606
(312) 407-0700

*denotes national counsel who will seek pro hac vice admission*
Attorneys for Defendants
PURDUE PHARMA L.P., PURDUE PHARMA INC., and THE PURDUE FREDERICK COMPANY, INC.

/s/ Carole S. Rendon
Carole S. Rendon (0070345)
Tera N. Coleman (0090544)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
(216) 696-0740
crendon@bakerlaw.com
tcoleman@bakerlaw.com


Ingo W. Sprie, Jr.*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
Ingo.Sprie@apks.com

Sean Morris*
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa Street
44th Floor
Los Angeles, CA 90017
(213) 243-4000
Sean.Morris@apks.com

*denotes national counsel who will seek pro hac vice admission*
Attorneys for Defendants
ENDO HEALTH SOLUTIONS INC. and
ENDO PHARMACEUTICALS INC.

/s/ Wendy West Feinstein
Wendy West Feinstein (0064973)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA 15219-6401
(412) 560-7455
wendy.feinstein@morganlewis.com

Tinos Diamantatos*
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601-5094
(312) 324-1145
tdiamantatos@morganlewis.com

Steven A. Reed*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000
steven.reed@morganlewis.com

Brian M. Ercole*
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
brian.ercole@morganlewis.com

*denotes national counsel who will seek pro hac vice admission*
Attorneys for Defendants
TEVA PHARMACEUTICALS USA, INC., CEPHALON, INC., WATSON LABORATORIES, INC., ACTAVIS LLC, and ACTAVIS PHARMA, INC. F/K/A WATSON PHARMA, INC.
(Appearance by local counsel pending)

/s/ Charles C. Lifland
Charles C. Lifland*
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000
clifland@omm.com

*denotes national counsel who will seek pro hac vice admission*
Attorneys for Defendants
JOHNSON & JOHNSON, JANSSEN PHARMACEUTICALS, INC., ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC., and JANSSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, Inc.
(Appearance by local counsel pending)

 /s/ J. Matthew Donohue
J. Matthew Donohue* (Trial Attorney)
Joseph L. Franco*
HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300
Facsimile: 503.241.8014
matt.donohue@hklaw.com
joe.franco@hklaw.com

*denotes national counsel who will seek pro hac vice admission*
Attorneys for Defendant INSYS THERAPEUTICS, INC.

7

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                            */s/* Andrea B. Daloia
                                                                            One of the Attorneys for Defendants
                                                                            Allergan plc and Allergan Finance, LLC